UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE HARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1017 HEA |
| | ) | |
| WALGREEN CO. ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

This matter is before the Court on defendant's Motion to Dismiss, [# 10]. Plaintiff has not filed a response to the motion in accordance with the Court's Local Rules. For the reasons set forth below, the motion is granted.

On July 11, 2005, this Court granted defendant's Motion to Dismiss for failure to state a claim. The Court granted plaintiff 14 days within which to file an amended complaint. To date, plaintiff has failed to do so. Defendant now moves to dismiss this matter for plaintiff's failure to comply with the Court's Order. The motion is well taken and will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Dismiss, [# 10] is granted. This matter is dismissed for failure to comply with the Court's July 11,

2005 Order.

Dated this 30th day of September, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE